# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                         NO. 4:08CR00126-001SWW

PHILLIP LEMON HATTON

## ORDER

IT IS SO ORDERED that petition [doc #69] filed July 2, 2013 is denied as moot and superseded by petition [doc #70] filed July 19, 2013.

DATED 7/19/2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE